Jeanette Herzig Joseph, Appellant, v. Irwin M. Herzig, Respondent.—
Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Joseph Elias, Respondent, v. Allegheny Plate Glass Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Adolph B. Mayer v. Wallace G. Baudenbush.—Motion denied, with ten
dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and
Dowling, JJ.

Timothy Gleason v. Merchants Refrigerating Company.— Motion
denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin,
Clarke, Scott and Dowling, JJ.

Henri Rogowski v. Max Brill. (2 cases.) — Motions denied, with ten
dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and
Dowling, JJ.

John P. Manning v. Emil Seelig.— Motion denied, with ten dollars costs.
Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Edward Laska v. Charles H. Harris.— Motion denied, with ten dollars
costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

George F. Croker v. Harry Taylor and Another.— Motion granted; question certified. Present — Ingraham, P. J., Laughlin, Clarke, Scott and
Dowling, JJ.

Julius C. Drucklieb v. Sam H. Harris, Inc.— Motion granted; question
certified. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Max Jaffe v. Stephen M. Weld.— Motion granted; question certified.
Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

New England Theatres Company v. Workingmen's Publishing
Association.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York v. Eugene Charpentier. The
People of the State of New York v. Harry Cohn and Another.—Motions
granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and
Dowling, JJ.

The People of the State of New York v. Louis S. Price.— Motion granted
unless appellant complies with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Wolf Rootman v. The City of New York. Dora Rootman v. The City
of New York.— Motion granted, unless appellants comply with terms
stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Scott and
Dowling, JJ.

Anna Sivak v. George F. Andrews.— Motion granted, unless appellant
complies with terms stated in order. Present — Ingraham, P. J., Laughlin,
Clarke, Scott and Dowling, JJ.